**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
JUN 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **RACHELLE R. GREEN and BYRON R. RENFRO** *Plaintiffs,* | : | |
| **VS.** | : | **C.A. NO. 02-534L** |
| **EXXONMOBIL CORPORATION, JANET L. MADIGAN, in her official capacity as Human Resources Manager Policy, Benefits and Planning for ExxonMobil Corporation, and EXXONMOBIL LIFE INSURANCE PLAN** *Defendants.* | : | |

**STIPULATION FOR AN ENLARGMENT OF TIME TO FILE POST TRIAL BRIEFS**

Now come Plaintiffs, Rachelle R. Green and Byron R. Renfro, and Defendants, ExxonMobil Corporation, et al, through counsel, and hereby stipulate to the enlargement of time for the filing of post trial memoranda. Subject to the express approval by the Court, pursuant to Rule 22 of the local rules of the United States District Court, the parties agree as follows:

1) Plaintiffs' post trial brief shall be due on or before August 5, 2005;

2) Defendants' post trial brief shall be due on or before September 19, 2005; and

3) Plaintiffs' reply brief shall be due on or before October 3, 2005.

Plaintiffs,
By their Attorneys,

Raymond A. Marcaccio, Esquire (#3569)
Matthew T. Oliverio, Esquire (#3372)
OLIVERIO & MARCACCIO, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Defendants,
By their Attorney,

Neal J. McNamara (RAM)
Neal J. McNamara, Esquire (#4249)
HOLLAND & KNIGHT, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500
(401) 553-6850 Fax

ENTER:

Ronald R. Lagueux
Sr. Judge Ronald R. Lagueux
7/6/05

PER ORDER:

~~Clerk of the Court~~
Deputy Clerk