**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
SEP 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **RACHELLE R. GREEN and BYRON R. RENFRO** *Plaintiffs,* | : | |
| **v.** | : | **C.A. No. 02-534-L** |
| **EXXONMOBIL CORPORATION, JANET L. MADIGAN, in her official capacity as Plan Administrator for ExxonMobil Corporation, and EXXONMOBIL LIFE INSURANCE PLAN** *Defendants.* | : | |

**ASSENTED TO MOTION TO ENLARGE TIME TO FILE POST-TRIAL BRIEF**

Defendants hereby move to enlarge the time to file their post-trial brief from September 19, 2005 to September 30, 2005. Plaintiffs have agreed to this brief extension of time. Plaintiff's will file their reply brief on October 31, 2005. The initial Post-Trial Brief was filed by Plaintiffs on August 5, 2005.

DEFENDANTS,

By Their Attorneys,

HOLLAND & KNIGHT LLP

Robert J. Crohan Jr.

Neal J. McNamara, Esq. (#4249)
Robert J. Crohan Jr., Esq. (#6516)
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903
Telephone: (401) 751-8500
Facsimile: (401) 553-6850

Dated: September 8, 2005

Granted: Ronald R. Lagueux
Sr. USDJ 9/13/05