UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **RACHELLE R. GREEN and BYRON R. RENFRO** *Plaintiffs,* | : | |
| VS. | : | **C.A. NO. 02-534L** |
| **EXXONMOBIL CORPORATION, JANET L. MADIGAN, in her official capacity as Human Resources Manager Policy, Benefits and Planning for ExxonMobil Corporation, and EXXONMOBIL LIFE INSURANCE PLAN** *Defendants.* | : | |

**CONSENTED TO MOTION FOR AN ENLARGEMENT OF TIME**

Now come Plaintiffs, Rachelle R. Green and Byron R. Renfro, through counsel, and hereby move this Court to permit Plaintiffs to have up to and including Monday, November 14, 2005 in which to file their reply memorandum to Defendants' post trial memorandum of law. Said reply memorandum is presently due on October 31, 2005. Defendants have specifically consented to the granting of said motion.

RACHELLE R. GREEN and
BYRON R. RENFRO
By their Attorneys,

Matthew T. Oliverio, Esquire (#3372)
Raymond A. Marcaccio, Esquire (#3569)
Christine M. Curley, Esquire (#4529)
OLIVERIO & MARCACCIO, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

**CERTIFICATION**

I hereby certify that a true copy of the foregoing *CONSENTED TO MOTION FOR AN ENLARGEMENT OF TIME* was mailed, postage prepaid, on the 31st day of October, 2005, to the following:

Neal J. McNamara, Esquire
HOLLAND & KNIGHT, LLP.
One Financial Plaza
Providence, RI 02903

David M. Rivet, Esquire
ExxonMobil Corporation
P.O. Box 2180
Houston, TX 77252