**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
OCT 31 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **RACHELLE R. GREEN and BYRON R. RENFRO** *Plaintiffs,* | : | |
| **VS.** | : | **C.A. NO. 02-534L** |
| **EXXONMOBIL CORPORATION, JANET L. MADIGAN, in her official capacity as Human Resources Manager Policy, Benefits and Planning for ExxonMobil Corporation, and EXXONMOBIL LIFE INSURANCE PLAN** *Defendants.* | : | |

**CONSENTED TO MOTION FOR AN ENLARGEMENT OF TIME**

Now come Plaintiffs, Rachelle R. Green and Byron R. Renfro, through counsel, and hereby move this Court to permit Plaintiffs to have up to and including Monday, November 14, 2005 in which to file their reply memorandum to Defendants' post trial memorandum of law. Said reply memorandum is presently due on October 31, 2005. Defendants have specifically consented to the granting of said motion.

RACHELLE R. GREEN and
BYRON R. RENFRO
By their Attorneys,

Granted;
Ronald R. Lagueux
Sr. USDJ 11/2/05

Matthew T. Oliverio, Esquire (#3372)
Raymond A. Marcaccio, Esquire (#3569)
Christine M. Curley, Esquire (#4529)
OLIVERIO & MARCACCIO, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax