UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RACHELLE R. GREEN
and BRYAN R. RENFRO,
Plaintiffs,

v. C.A. No. 02-534L

EXXONMOBIL CORPORATION,
JANET L. MADIGAN, in her official
Capacity as Plan Administrator for
ExxonMobil Corporation, and
EXXONMOBIL LIFE INSURANCE PLAN,
Defendants.

JUDGMENT

**[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**[ x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

**Judgment** shall enter for the defendants EXXONMOBIL CORPORATION, JANET L. MADIGAN, in her official Capacity as Plan Administrator for ExxonMobil Corporation, and EXXONMOBIL LIFE INSURANCE PLAN, against the plaintiffs Rachelle R. Green and Bryan R. Renfro in accordance with the Court's Decision and Order dated 2/9/06.

Deputy Clerk
February 9, 2006