UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RACHELLE R. GREEN<br>and BYRON R. RENFRO<br>*Plaintiffs,*<br><br>v.<br><br>EXXONMOBIL CORPORATION,<br>JANET L. MADIGAN, in her official<br>Capacity as Human Resources Manager<br>Policy, Benefits and Planning for<br>ExxonMobil Corporation, and<br>EXXONMOBIL LIFE INSURANCE<br>PLAN<br>*Defendants.* | : | C.A. No. 02-534L |

**NOTICE OF APPEAL**

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Plaintiffs hereby appeal the Judgment, Decision and Order of the United States District Court dated February 9, 2006, entering judgment on all counts of Plaintiffs' complaint in favor of Defendants. Plaintiffs have previously ordered and paid for the entire, official transcript in this matter.

RACHELLE R. GREEN and
BYRON R. RENFRO
By their Attorneys,

Matthew T. Oliverio (#3372)
Raymond A. Marcaccio (#3569)
Christine M. Curley (#4529)
OLIVERIO & MARCACCIO, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 (facsimile)

**Certificate of Service**

I hereby certify that on the 28th day of February, 2006, I served a copy of the within Notice of Appeal, *via first class mail,* to Neal J. McNamara, Esquire, Holland & Knight, LLP, One Financial Plaza, Providence, RI 02903, and David M. Rivet, Esquire, ExxonMobil Corporation, P.O. Box 2180, Houston, TX 77252.