02-00534
USDC-RIPR
J. LAGUEUX

# United States Court of Appeals
## For the First Circuit

No. 06-1452

RACHELLE R. GREEN, BYRON R. RENFRO,

Plaintiffs, Appellants,

v.

EXXONMOBIL CORPORATION; JANET L. MADIGAN, in her official capacity as Plan Administrator for ExxonMobil Corporation; EXXONMOBIL LIFE INSURANCE PLAN,

Defendants, Appellees.

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT
2007 JAN 10 P 2:59

**JUDGMENT**

Entered: December 8, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

**Certified and issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 1/10/07

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. Curley, Mr. Oliverio, Mr. Marcaccio, Mr. Rivet, Mr. McNamara, Ms. Dwyer, Ms. Handorf, Mr. Radzely, & Mr. Hauser. ]