Rachael Green
Plaintiff

VS: CA No. 02-534L

ExxonMobil
Defendant

# EXHIBIT RECEIPT

Defendant's exhibits - C,E,FF, G,N,Y,

Paula Gordon
~~Attorney~~ Paralegal

3/13/07
DATED